UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOHNNIE RAY MILLER, JR.,

       Plaintiff,

v.

LANDAMERICA HOLDINGS & INVESTMENTS
GROUP, LLC D/B/A LANDAMERICA HOMES,
VINCENT T. PRINCE, TERRY COLEY,

       Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, JOHNNIE RAY MILLER, JR., brings this action against Defendants, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES, VINCENT T. PRINCE, and TERRY COLEY, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.    Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.    At all times material hereto, Plaintiff JOHNNIE RAY MILLER, JR. was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.    At all times material hereto, Defendant, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of land development, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, VINCENT T. PRINCE, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES; said Defendant acted and acts directly in the interests of Defendant, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES, in relation to said co-Defendant's employees. Defendant effectively dominates LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES administratively and acts, and has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others including Plaintiff. Thus, VINCENT T. PRINCE was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5. Defendant, TERRY COLEY, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES; said Defendant acted and acts directly in the interests of Defendant, LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES, in relation to said co-Defendant's employees. Defendant effectively dominates LANDAMERICA HOLDINGS & INVESTMENTS GROUP, LLC D/B/A LANDAMERICA HOMES administratively and acts, and has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others including Plaintiff. Thus, TERRY COLEY was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Defendant VINCENT T. PRINCE controlled Plaintiff's work schedule, duties, and pay.

7. Defendant TERRY COLEY controlled Plaintiff's work schedule, duties, and pay.

8. Plaintiff was employed by Defendants as a backhoe operator and laborer.

9. During Plaintiff's employment, Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate.

10. During Plaintiff's employment, Defendants failed to pay Plaintiff the full and proper minimum wages.

11. Defendants failed to pay Plaintiff for entire periods of Plaintiff's employment.

12. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide preliminary estimates of the date ranges and hours worked, amounts not paid, and damages. These amounts may change as Plaintiff engages in the discovery process.

13. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

14. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

15. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

16. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

18. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

## COUNT II
## BREACH OF CONTRACT AND FAILURE TO PAY WAGES
## DEFENDANT LANDAMERICA HOLDINGS & INVESTMENTS
## GROUP, LLC D/B/A LANDAMERICA HOMES

19. Supplemental jurisdiction over the pendent state claim is conferred on this Court by 28 U.S.C. 1367.

20. Plaintiff realleges and incorporate the allegations set forth in paragraphs 1-18 above as if set forth herein in full.

21. Plaintiff entered into oral contract for wages at the rates of pay indicated in Plaintiff's statements of claim.

22. Plaintiff worked for Defendant and did not receive the compensation promised. Defendant, therefore, wrongfully deprived Plaintiff of wages that were due and owing and to which Plaintiff is lawfully entitled under an oral contract for wages with Defendant.

23. Plaintiff has been damaged as a result of Defendant's failure to pay the agreed upon wages.

24. Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action and any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791